# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LEE MINOR and RONDA DANNER, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN LEADS, LLC,<br><br>Defendant. | Case Nos.: 22-CV-00949-CAB-NLS<br><br>**ORDER DISMISSING CASE** |

The parties have notified the Court that they have resolved their dispute and executed a settlement agreement. [Doc. No. 43.]  Accordingly, it is **HEREBY ORDERED** that this case is **DISMISSED**.  The Court declines to retain jurisdiction over the settlement.  The Clerk of Court is instructed to **CLOSE** this case.

It is **SO ORDERED**.

Dated: November 29, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge